# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSE PEREZ SALAS,

        Petitioner,

      v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

        Respondents.

Case No. 5:26-cv-03039-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections were filed by the deadline.  In view thereof, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge and the Report and Recommendation are **ACCEPTED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

3. Respondents are **DIRECTED** to provide Petitioner Jose Perez Salas with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) on or before July 8, 2026.

4. The Immigration Judge is **INSTRUCTED** that he or she has jurisdiction under 8 U.S.C. § 1226(a) to consider Salas's release on bond.

5. Respondents are **DIRECTED** to release Salas from custody if Salas is not timely provided with the aforementioned hearing.

6. Respondents are **DIRECTED** to file a status report no later than July 10, 2026, detailing if and when the hearing occurred, whether bond was granted or denied, and, if denied, the specific reasons for the denial.

**IT IS SO ORDERED.**

Dated: July 1, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-