UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03039-JWH-DFM | Date | July 27, 2026 |
| Title | *Jose Perez Salas v. U.S. Immigration and Customs Enforcement, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Priscilla Deason for Clarissa Lara | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Petitioner Jose Perez Salas filed a petition for writ of habeas corpus in June 2026.[1] In July 2026, the Court adopted the Magistrate Judge's Report and Recommendation and ordered Respondents to provide Perez Salas with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) on or before July 8, 2026.[2] Respondents represent that Perez Salas timely received that individualized bond hearing.[3] Accordingly, the Court now **ORDERS** Perez Salas to **SHOW CAUSE** why his Petition should not be dismissed as moot.

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." *United States v. Alder Creek Water Co.*, 823 F.2d 343, 345 (9th Cir. 1987) *see also NASD Disp. Resol., Inc. v. Jud. Council*, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding the appeal to be moot when the plaintiffs were already granted the relief that they sought). Further, a court has

1 Pet'r's Pet. for Writ of Habeas Corpus (the "Petition") [ECF No. 1].

2 Order Accepting Report and Recommendations [ECF No. 3].

3 Resps.' Status Report [ECF No. 14].

an obligation to consider mootness *sua sponte*, and it should deny the requested relief when it is superfluous. *See In re Burrell*, 415 F.3d 994, 997 (9th Cir. 2005). Here, the Court granted in part Perez Salas's Petition, and Perez Salas received the relief that the Court ordered. Thus, the Court is concerned that the entire Petition is now moot.

For those reasons, the Court hereby **ORDERS** as follows:

1. Perez Salas is **DIRECTED** to show cause in writing no later than August 21, 2026, why the Court should not dismiss the Petition as moot.

2. The deadline for Respondents to file an optional reply to Perez Salas's response to this Order to Show Cause is September 4, 2026.

3. A hearing on this Order to Show Cause is **SET** for September 18, 2026, at 11:00 a.m. Counsel of record for each party are **DIRECTED** to appear in person at that date and time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**