JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE PEREZ SALAS,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

Case No. 5:26-cv-03039-JWH-DFM

**JUDGMENT**

Pursuant to the Order entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus [ECF No. 1] of Petitioner Jose Perez Salas is **DISMISSED as moot**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE